IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CRYSTAL ROGERS-STURDIVANT                                                                   PLAINTIFF

v.                                          Case No. 14-2033

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                               DEFENDANT

### ORDER

The Court has received amended proposed findings and recommendations (Doc. 13) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations—as amended—should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

The Court declines to adopt the report and recommendations (Doc. 12) previously entered by the Magistrate as such report was mooted by entry of the amended report.

Judgment will be entered accordingly.

**IT IS SO ORDERED** this 23rd day of December, 2014.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE